IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STACEY BERRIER, as Administrator of the Estate of Ryan Trowbridge, Dec'd.<br><br>Plaintiff,<br><br>vs.<br><br>LAKE COUNTY, OHIO AND LAKE COUNTY BOARD OF COMMISSIONERS, et al.<br><br>Defendants. | CASE NO: 1:22-cv-813<br><br>JUDGE DONALD C. NUGENT<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS UNIVERSITY HOSPITALS HEALTH SYSTEM, INC. AND KARIM RAZMJOUEI, M.D.** |

Now comes Attorney Michael Ockerman and hereby enters his appearance on behalf of Defendants University Hospitals Health System, Inc. and Karim Razmjouei, M.D. All future notices and pleadings should be sent to his attention at the following address:

Michael Ockerman (#0053403)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, Ohio 44333
Direct Dial: 330-670-7338
Fax: 330-670-7462
Email: mockerman@hcplaw.net.

Respectfully submitted,

/s/ Michael Ockerman, Esq.
Michael Ockerman (#0053403)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH 44334
Phone: 330-670-7338
Fax: 330-670-7462
Email: mockerman@hcplaw.net
Counsel for Defendants,
University Hospitals Health System, Inc. and
Karim Razmjouei, M.D.

**CERTIFICATE OF SERVICE**

A copy of the Notice of Appearance has been served via Electronic Mail and or U.S. Postal Service on the 20th day of June, 2022, to:

| | |
|---|---|
| Michael J. Mazillis, Esq.<br>Kisling, Nestico & Redick<br>22 East McKinley, Suite A<br>Poland, OH 44333<br>mmaillis@knrlegal.com | Counsel for Plaintiff |
| Eric J. Weiss, Esq.<br>Reminger Co., LPA<br>101 West Prospect Ave., Suite 1400<br>Cleveland, OH 44115 | Counsel for Defendant,<br>Crossroads Health |
| Lake County, Ohio and Lake County Ohio<br>Board of County Commissioners<br>105 Main Street<br>Painesville, OH 44077 | Defendant |
| Frank Leonbruno<br>In His Official Capacity as Lake County<br>  Ohio Sheriff<br>104 East Erie Street<br>Painesville, OH 44077 | Defendant |
| Capt. Cynthia Brooks<br>In Her Individual and Official Capacity as<br>Administrator of Lake County Adult Detention<br>Facility<br>c/o Lake County Sheriff's Office<br>104 East Erie Street<br>Painesville, OH 44077 | Defendant |
| Bryan Pate<br>In His Individual and Official Capacity as a<br>Corrections Officer<br>c/o Lake County Sheriff's Office<br>104 East Erie Street<br>Painesville, OH 44077 | Defendant |

Patty Hammers, RN            Defendant
In Her Individual and Official Capacity as a
Nurse at Lake County Adult Detention Facility
c/o Lake County Sheriff's Office
104 East Erie Street
Painesville, OH 44077

Sabrina Watson, RN           Defendant
In Her Individual and Official Capacity as a
Nurse at Lake County Adult Detention Facility
c/o Lake County Sheriff's Office
104 East Erie Street
Painesville, OH 44077

                                      /s/ Michael Ockerman, Esq.
                                      Michael Ockerman (#0053403)

<<HCP #1234848-v1>>